**Order entered January 13, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00550-CR

**RICKY LEE STEVENSON, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81736-2022**

### ORDER

Appellant's motion for extension of time to file his brief is **GRANTED**, and

we **ORDER** the brief filed on or before **FEBRUARY 10, 2023.**


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE